**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6906**

RONDELL CLARKE,

                    Plaintiff - Appellant,

          v.

CORRECTIONAL OFFICER WASHINGTON; SERGEANT STANDFORD; MAJOR DARDEN, Major of Security,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge. (1:14-cv-01313-LMB-JFA)

Submitted:  November 17, 2015        Decided:  November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rondell Clarke, Appellant Pro Se.   Nancy Hull Davidson, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rondell Clarke appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Clarke v. Corr. Officer Washington, No. 1:14-cv-01313-LMB-JFA (E.D. Va. May 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED